UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

In re:

BOBBY WAYNE YEARY
YVETTE YEARY
        Debtor(s)

Case No. 09-70890

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Beverly M. Burden, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/19/2009, and was converted to chapter 13 on 01/25/2010.

2) The plan was confirmed on 06/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/28/2012.

5) The case was dismissed on 12/28/2012.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,315.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$4,315.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $793.81 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $225.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$1,019.60**

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | Secured | 6,150.00 | 5,178.00 | 5,178.00 | 2,984.63 | 310.77 |
| APPALACHIAN HEART CENTER | Unsecured | 401.79 | NA | NA | 0.00 | 0.00 |
| APPALACHIAN REGIONAL MEDICAL | Unsecured | 130.49 | NA | NA | 0.00 | 0.00 |
| ARH FEDERAL CREDIT UNION | Unsecured | 3,309.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, N.A. | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CLEARING HOUSE OF AMER | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LP | Unsecured | 1,400.00 | 1,632.65 | 1,632.65 | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 135.00 | 137.93 | 137.93 | 0.00 | 0.00 |
| ELITE BUSINESS RESOLUTIONS | Unsecured | NA | 53.11 | 53.11 | 0.00 | 0.00 |
| ELITE BUSINESS RESOLUTIONS | Unsecured | 135.00 | 135.00 | 135.00 | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| GASTROENTEROLOGY ASSOC OF HA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTION CO INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HAZARD RADIOLOGY ASSOCIATES | Unsecured | NA | 163.98 | 163.98 | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Secured | 6,259.00 | 6,346.88 | 6,346.88 | 0.00 | 0.00 |
| KRISHNASWAMY, C MD | Unsecured | 137.95 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 677.00 | 677.18 | 677.18 | 0.00 | 0.00 |
| MEDICAL SERVICES OF AMERICA | Unsecured | 7.42 | NA | NA | 0.00 | 0.00 |
| MGM COLLECTION AGENCY | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 38.00 | 80.98 | 80.98 | 0.00 | 0.00 |
| MONGIARDO, FRANK D MD | Unsecured | 53.11 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 133.10 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 204.00 | 204.56 | 204.56 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

Case 09-70890-tnw    Doc 81    Filed 04/26/13    Entered 04/26/13 14:06:34    Desc Main
Document      Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 494.00 | 501.61 | 501.61 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,061.00 | 1,165.99 | 1,165.99 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 1,080.00 | 1,080.22 | 1,080.22 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 648.00 | 700.63 | 700.63 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 721.00 | 777.69 | 777.69 | 0.00 | 0.00 |
| TRI COUNTY COLLECTION AGENCY | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| UK NORTH FORK VALLEY | Unsecured | 42.10 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,178.00 | $2,984.63 | $310.77 |
| All Other Secured | $6,346.88 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,524.88** | **$2,984.63** | **$310.77** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$7,311.53** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,019.60 |
| Disbursements to Creditors | $3,295.40 |
| **TOTAL DISBURSEMENTS :** | **$4,315.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/26/2013                                By: /s/ Beverly M. Burden
                                                             Trustee


**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**